UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Carolyn Boykin**, | Case No.: 2:20-cv-02289-WBS-JDP |
| Plaintiff, | |
| v. | **Order re: Joint Notice of Settlement and Motion to Vacate all Pending Dates** |
| **Body Contour Centers, LLC dba Sono Bello**, and Does 1-10, Inclusive, | |
| Defendants. | |

//
//
//
//
//
//

**ORDER**

The Parties report that they have reached a settlement in the above-captioned matter and estimate that prerequisites to dismissal will take approximately sixty (60) days.

Based on the above representations, and good cause showing IT IS ORDERED that the Parties file a stipulation of dismissal no later than **July 20, 2021**, or a joint status report if settlement has not been finalized by that date. IT IS FURTHER ORDERED that the Scheduling Conference is reset for **August 2, 2021 at 1:30 p.m.**

Dated: May 21, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE