UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Carolyn Boykin**, | Case No.: 2:20-cv-02289-WBS-JDP |
| Plaintiff, | |
| v. | **Order re: Stipulation for Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)** |
| **Body Contour Centers, LLC dba Sono Bello**, and Does 1-10, Inclusive, | |
| Defendants. | |

## ORDER

Pursuant to the stipulation of the Parties, the above-referenced action is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: July 8, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE